UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    Case No. 4:05CV1850 CDP<br>) |
| BYRON WINTON, | )<br>) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Upon review of defendant's response to my Order dated February 9, 2006, and for good cause shown,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall docket defendant's response to the complaint [#15] as an Answer.

**IT IS FURTHER ORDERED** that **the Clerk's Entry of Default dated January 4, 2006 is vacated**, and the motion for default judgment [#11] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2006.