UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:05CV1850 CDP |
| BYRON WINTON, | ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM AND ORDER

On July 9, 2007, I held a hearing on plaintiff's motion to enforce the settlement agreement[1] entered into between the parties. Defendant appeared in person *pro se* for the hearing. Defendant admitted that plaintiff was entitled to the relief sought in the motion, namely that the Court enter judgment against defendant in the amount of $339,000, plus interest at the rate of 5% per annum accruing since April 29, 2007. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to enforce settlement agreement [#22] is granted in its entirety.

---

[1] According to the terms of the joint stipulation of dismissal granted by me on April 19, 2007, I specifically retained jurisdiction to enforce the terms of the settlement agreement.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　CATHERINE D. PERRY
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 10th day of July, 2007.